

# IN THE
# TENTH COURT OF APPEALS

----

## No. 10-14-00343-CR

## IN RE MARSHALL S. HICKS

----

## Original Proceeding

----

## MEMORANDUM OPINION

----

Marshall Shane Hicks was convicted in 2010 of indecency with a child. His original appeal of that conviction was transferred from this Court to the Thirteenth Court of Appeals (Corpus Christi). That appeal was dismissed because the conviction was based on a plea bargain and Hicks had no right to appeal.

On October 30, 2014, Hicks filed a document entitled "Motion for Judgment to Correct Clerical Mistake (Nunc Pro Tunc)" as an original proceeding requesting relief directly from this Court. The purpose of a nunc pro tunc judgment is to provide a method for *trial courts* to make a correction when there is a discrepancy between the

judgment as pronounced in court and the written judgment reflected in the record. *Blanton v. State*, 369 S.W.3d 894, 897-898 (Tex. Crim. App. 2012).

By this proceeding, Hicks has asked this Court to correct the opinion and judgment by the Thirteenth Court of Appeals. We have no jurisdiction over the opinions or judgments of other courts of appeals. *See* TEX. CONST. ART. V, § 6(a). Accordingly, this proceeding is dismissed.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Appeal dismissed
Opinion delivered and filed November 20, 2014
Do not publish
[OT06]

